UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KENYATTA WILLIAMS )<br>  Plaintiff, )<br>v. )<br> )<br>KRYSTAL SCHUTT and EMPIRE MOTORS )<br>  Defendants. ) | **JUDGMENT**<br>No. 5:25-CV-65-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on April 22, 2025, and for the reasons set forth more specifically therein, that Plaintiff's claims are DISMISSED. The court declines to exercise jurisdiction over plaintiff's state law claims.

**This Judgment Filed and Entered on April 22, 2025, and Copies To:**
Kenyatta Williams (via U.S. Mail) 10 Honey Drive, Apt E, Spring Lake, NC 28390

April 22, 2025          PETER A. MOORE, JR. CLERK

                         /s/ Sandra K. Collins
                        (By) Sandra K. Collins, Deputy Clerk